## Thomas J. TILL v. STATE.
### No. 17782.

Court of Criminal Appeals of Texas.

Nov. 27, 1935.

A. A. Kern, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and regularly presented. The record is before us without statement of facts and bills of exception. Nothing is presented warranting a reversal or requiring discussion.

The judgment is affirmed.

## Tomas TREVINO v. STATE.
### No. 17775.

Court of Criminal Appeals of Texas.

Nov. 20, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

## Ex parte L. E. TRIMBLE.
### No. 17860.

Court of Criminal Appeals of Texas.

Nov. 13, 1935.

Dan Moody, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

This is an appeal from the order of the district court of Llano county refusing the relator bail.

The relator, through his counsel, has filed a written motion requesting the dismissal of the appeal for the reason that the question involved has become moot.

The request is granted, and the appeal is ordered dismissed.

## NATIONAL GROCER COMPANY, Appellant, v. A. E. SCHUSTER, Appellee.
### No. 9648.

Court of Civil Appeals of Texas.
San Antonio.

Nov. 13, 1935.

Rehearing Denied Dec. 11, 1935.

Geo. R. Thomson, of San Antonio, for appellant.

Templeton, Brooks, Napier & Brown and Harper McFarlane, all of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.